AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Dennis Albertelli

**WARRANT FOR ARREST**

CASE NUMBER: 05-10003-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Dennis Albertelli _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

*RECEIVED 2005 JAN -5 P 2:38 U.S. MARSHALS SERVICE WORCESTER, MA*

charging him or her with (brief description of offense)
Conspiracy, Arson, Conspiracy to Committ Hobbs Act Extortion, Attempted Extortion, and Interstate Travel in Aid of Racketeering.

in violation of
Title __18__ United States Code, Section(s) _371, 844, 1951 And 1952_

F. Dennis Saylor IV
Name of Issuing Officer

U.S. District Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

1/5/05  Worcester, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Stow, MA |

| DATE RECEIVED 1-5-05 | NAME AND TITLE OF ARRESTING OFFICER T. Bezanson, SDUSM FOR ATF | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 1-07-2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Dennis Albertelli

ALIAS:

LAST KNOWN RESIDENCE: 151 Hudson Road, Stow, Massachusetts

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1952

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 2336

HEIGHT:                                              WEIGHT:

SEX:                                                 RACE:

HAIR:                                                EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS:

Massachusetts State Police, Bureau of Alcohol, Tabocco & Firearms and Internal Revenue Service