AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

*filed in open court 1/4/05 (BR)*

**APPEARANCE**

Case Number: 05-10003-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Dennis Albertelli

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1-11-2005 | /s/ CR |
| Date | Signature |
| | CHARLES RANKIN        41780 |
| | Print Name        Bar Number |
| | RANKIN & SULTAN |
| | Address |
| | 1 COMMERCIAL WHARF NORTH |
| | City        State        Zip Code |
| | BOSTON   MA 02110 |
| | Phone Number        Fax Number |
| | 617 720 0011        617 742 0701 |