UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO. 05-10003-NMG-02

UNITED STATES

v.

DENNIS ALBERTELLI,
Defendant

## NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule 116.1, the defendant Dennis Albertelli states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

Respectfully submitted
The defendant Dennis Albertelli
By his counsel

Charles W. Rankin
BBO No. 411780
Rankin & Sultan
1 Commercial Wharf North
Boston, MA 02110
(617) 720-0011

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing upon counsel of record by mailing copies to Assistant U.S. Attorney Fred Wyshak, Richard M. Egbert, Thomas Butters, and Roger Cox on January 12, 2005.

Charles W. Rankin