AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Dennis Albertelli

**WARRANT FOR ARREST**

CASE NUMBER: 05-10003-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Dennis Albertelli_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy, Arson, Conspiracy to Committ Hobbs Act Extortion, Attempted Extortion, and Interstate Travel in Aid of Racketeering.

in violation of
Title _____18_____ United States Code, Section(s) _371, 844, 1951 And 1952_

Name of Issuing Officer: F. Dennis Saylor IV
Title of Issuing Officer: U.S. District Judge
Signature of Issuing Officer: [signature]
Date and Location: 1/5/05 Worcester, MA

Bail fixed at $ _____ by _____
                                 Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

DATE RECEIVED: 1/6/05
DATE OF ARREST: 1/6/05
NAME AND TITLE OF ARRESTING OFFICER: Tm Matt Murphy
SIGNATURE OF ARRESTING OFFICER: [signature] for Murphy

This form was electronically produced by Elite Federal Forms, Inc.