# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       v.                                            )<br>)<br>ARTHUR GIANELLI, DENNIS        )<br>ALBERTELLI, FRANK IACABONI     )<br>and DEEB HOMSI,                )<br>           Defendants          ) | **CRIMINAL ACTION**<br>**NO. 05-10003-NMG** |

### ORDER
### FEBRUARY 11, 2005

**SWARTWOOD, Chief M.J.**

   This case has been drawn to a District Judge in Boston and that Judge has referred this case to me for all pretrial proceedings.  Therefore, to avoid confusion, duplication of judicial resources and to guaranty a prompt response to all pretrial proceedings, all pleadings in this case <u>shall</u> be filed, either electronically or in the Worcester Clerk's Office until this case is returned to the District Judge in Boston.

                                   /s/Charles B. Swartwood, III
                                   CHARLES B. SWARTWOOD, III
                                   CHIEF MAGISTRATE JUDGE