UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                                       )<br>)<br>ARTHUR GIANELLI,                                    )<br>DENNIS ALBERTELLI,                               )<br>FRANK IACABONI, and                             )<br>DEEB HOMSI,                                              )<br>)<br>            Defendants.                                   )<br>                                                                       ) | Criminal No. 05-10003-NMG |

**JOINT MEMORANDUM**

The parties in the above-entitled action submit this Joint Memorandum pursuant to Rule 116.5 and this Court's Initial Scheduling Order.  The Parties do not believe an initial status conference is necessary.  Automatic discovery was delivered by the government on January 31, 2005.  The discovery was voluminous and included 2282 pages of wiretap and search related affidavits, applications, and orders.  Also included were two CDs of intercepted conversations, along with transcripts completed to date.  The discovery included a CD of photographs and a videotape.

As a result, the defendants seek an additional 30 days, until March 18, 2005, to prepare discovery letters.  The parties request a status conference at about that time to address issues that arise after the review of this material, as well as further scheduling issues.  The parties agree that the period from January 7, 2005, through the March status conference is excludable under the Speedy Trial Act.  Finally, a trial is anticipated, but it is impossible to predict its length at this time.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>By its attorney,<br><br> /s/ Fred M. Wyshak<br>Fred M. Wyshak, Jr.<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Suite 9200<br>Boston, Massachusetts 02210<br>(617) 748-3100 | ARTHUR GIANELLI,<br>By his attorney,<br><br> /s/ Richard M. Egbert<br>Richard M. Egbert<br>B.B.O. #151800<br>99 Summer Street<br>Suite 1800<br>Boston, Massachusetts 02110<br>(617) 737-8222 |
| DENNIS ALBERTELLI,<br>By his attorney,<br><br> /s/ Charles W. Rankin<br>Charles W. Rankin<br>B.B.O #411780<br>Rankin & Sultan<br>1 Commercial Wharf North<br>Boston, Massachusetts 02110<br>(617) 720-0011 | FRANK IACABONI,<br>By his attorney,<br><br> /s/ Thomas J. Butters<br>Thomas J. Butters<br>B.B.O. #068260<br>Butters Brazilian LLP<br>One Exeter Plaza<br>Boston, Massachusetts 02116<br>(617) 367-2600 |
| DEEB HOMSI,<br>By his attorney,<br><br> /s/ Roger A. Cox<br>Roger A. Cox<br>B.B.O. #551514<br>Cox & Cox<br>30 Main Street<br>Suite 9<br>Ashland, Massachusetts 01721<br>(508) 231-1460 | |

Date:  February 15, 2005