UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>       v.                                          )<br>ARTHUR GIANELLI,                    )<br>JOSEPH YERARDI, JR.,                )<br>DENNIS ALBERTELLI A/K/A "FISH," )<br>SALVATORE RAMASCI A/K/A "LEFTY," )<br>RANDY ALBERTELLI,                   )<br>GISELE ALBERTELLI,                  )<br>RAFIA FEGHI A/K/A RAFIA YERARDI, )<br>TONY DANIELS A/K/A "SONNY,"     )<br>FRANK IACABONI,                      )<br>DEEB HOMSI,                            )<br>TODD WESTERMAN,                   )<br>ENEYDA GONZALEZ RODRGRIGUEZ, and )<br>WESHTOD CONSULTANTS A/K/A      )<br>      WESHTOD CONSULTORES S.A.  )<br>                                                 )<br>           Defendants                    ) | Criminal No. 05-10003-NMG |

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America, by Michael J. Sullivan, and Assistant U.S. Attorney, Michael L. Tabak, hereby moves this Court for an Order to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendants are in custody in the above-captioned case and the Court has ordered the indictment unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Michael L. Tabak
MICHAEL L. TABAK
Assistant U.S. Attorney

Date: April 7, 2005

Date: April 7, 2005