UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                          )<br>)<br>ARTHUR GIANELLI, ET AL,     )<br>    Defendants,           )<br>) | **CRIMINAL ACTION**<br>**NO. 05-10003-NMG** |

ORDER OF EXCLUDABLE TIME
September 21, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 21, 2005 (date of expiration of prior order of excludable time) through January 4, 2006 (date by which the Defendants and their counsel will have completed their review of discovery produced by the Government in this case) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE