UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

NO. 05-10003-NMG-02

_____

UNITED STATES

v.

DENNIS ALBERTELLI,
Defendant

_____

**NOTICE OF CHANGE OF ADDRESS**

Please be advised that as of October 31, 2005, the new address for counsel of record will be:

Charles W. Rankin
Rankin & Sultan
151 Merrimac St., Second Floor
Boston, MA 02114-4717
Phone 617-720-0011
Fax 617-742-0701

      Respectfully submitted

      /s/ Charles W. Rankin

      _____
      Charles W. Rankin
      BBO No. 411780
      Rankin & Sultan
      1 Commercial Wharf North
      Boston, MA 02110
      (617) 720-0011

October 25, 2005