**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** **NO. 05-10003-NMG** |
| ARTHUR GIANELLI, ET AL, Defendants, | ) ) ) ) | |

**ORDER OF EXCLUDABLE TIME**
**January 4, 2006**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 4, 2006 (date of expiration of prior order of excludable time) through March 6, 2006 (date by which Defendants and their counsel will have completed their review of discovery produced by the Government in this case) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE