UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                  )
UNITED STATES OF AMERICA          )
                                  )   Crim. No. 05-10003-NMG
          v.                      )
                                  )
ARTHUR GIANELLI,                  )
JOSEPH YERARDI, JR.,              )
DENNIS ALBERTELLI A/K/A "FISH,"   )
SALVATORE RAMASCI A/K/A "LEFTY,"  )
RANDY ALBERTELLI,                 )
GISELE ALBERTELLI,                )
RAFIA FEGHI A/K/A RAFIA YERARDI,  )
TONY DANIELS A/K/A "SONNY,"       )
FRANK IACABONI,                   )
DEEB HOMSI,                       )
TODD WESTERMAN,                   )
ENEYDA GONZALEZ RODRIGUEZ, and    )
WESHTOD CONSULTANTS A/K/A         )
     WESHTOD CONSULTORES S.A.     )
                                  )
          Defendants.             )
                                  )
```

GOVERNMENT'S MOTION TO STRIKE

The defendant Joseph Yerardi, Jr. filed a document captioned "Notice To Court" on or about January 3, 2006.  The document was filed by the defendant in his capacity as a "pro se defendant." Attached to the document is a complaint by the defendant to the Inspector General of the Department of Justice accusing the undersigned of prosecutorial misconduct.

The government submits that the document and its attachment should be stricken from the Court record because the defendant is represented by counsel in this matter and is not appearing "pro se."  If defendant's counsel deems it appropriate to file a motion seeking some relief from the Court based upon the

allegations in the complaint to the Inspector General, then defendant's counsel should make such a filing.

Therefore, the government respectfully submits that the aforementioned document and attachments be stricken from the Court record.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By: /s/ Fred M. Wyshak, Jr.
                              Fred M. Wyshak, Jr.
                              Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

    This is to certify that I have this 13th day of January 2006 served a copy of the foregoing upon the counsel of record by electronic filing notice.

                /s/ Fred M. Wyshak, Jr.
                FRED M. WYSHAK, JR.
                Assistant U.S. Attorney