UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-10003-NMG |
| | ) |
| DENNIS ALBERTELLI, | ) |
| A/K/A "FISH," et al., | ) |
| Defendants. | ) |

**ORDER FOR INTERLOCUTORY SALE**

It is hereby ORDERED, ADJUDGED, and DECREED that:

The Joint Motion For Interlocutory Sale of 334 Beacon Street, Unit 9, Boston, Massachusetts (the "Joint Motion"), is allowed.

The Internal Revenue Service and its custodial agent, EG&G Technical Services, Inc. ("EG&G"), shall market and sell the real property, with all rights appertaining thereto, known as Unit 334-9, created by Master Deed dated June 30, 1980 and recorded with the Suffolk County Registry of Deeds, Book 9482, Page 186, and located at 334 Beacon Street, Unit 9, Boston, Massachusetts, title to which appears in a deed recorded at the Suffolk County Registry of Deeds, Book 22460, Page 248 (the "Beacon Street Property"), as provided by law.

The interlocutory sale of the Beacon Street Property will take place on the following terms:

    a.    EG&G shall sell the Beacon Street Property, as an authorized agent of the Internal Revenue Service. EG&G shall arrange for, and shall have sole control of, the sale of the Beacon Street Property, in accordance with the regulations prescribed by the Secretary of the

        Treasury and the policies regarding the disposition of forfeited property. EG&G may, among other things, retain a real estate broker and other professionals in its reasonable best efforts to market and sell the Beacon Street Property at the highest possible price. EG&G shall have sole discretion in negotiating, accepting, and rejecting offers for the Beacon Street Property.

b.   At the closing, a check for the full sale price will be made out to the United States Department of the Treasury and delivered to the Internal Revenue Service. The Internal Revenue Service shall distribute the sale proceeds in the following manner and order:

    (i)   all costs and expenses reasonably incurred by the United States and EG&G in marketing and selling the Beacon Street Property;

    (ii)  the cost of any comprehensive insurance on the Beacon Street Property;

    (iii) any outstanding real estate taxes due to Suffolk County, Massachusetts, with respect to the Beacon Street Property; and

    (iv)  any valid and superior liens, attachments, or encumbrances of record, with respect to the Beacon Street Property.

The Internal Revenue Service shall deposit the remaining net balance of the sale proceeds in the U.S. Customs Suspense Account, pending the outcome of the criminal case.

SO ORDERED AND ENDORSED:

_____
NATHANIEL M. GORTON
United States District Judge
Date: 5/25/06