UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** <br> **NO. 05-10003-NMG** |
| ARTHUR GIANELLI, ET AL, <br> Defendants, | ) ) ) | |

**ORDER OF EXCLUDABLE TIME**
June 29, 2006

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 27, 2006 (date of the last status conference) to and including August 24, 2006 (date of next status conference) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE