UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ARTHUR GIANELLI, )<br>JOSEPH YERARDI, JR., )<br>DENNIS ALBERTELLI A/K/A "FISH," )<br>PHILIP PUOPOLO, )<br>SALVATORE RAMASCI A/K/A "LEFTY," )<br>FRANK IACABONI, )<br>RANDY ALBERTELLI, )<br>STEPHEN RUSSO A/K/A "MOON," )<br>MICHAEL PINIALIS A/K/A "MAX," )<br>ENEYDA GONZALEZ RODRIGUEZ, )<br>MARY ANN GIANELLI, )<br>GISELE ALBERTELLI, and )<br>RAFIA FEGHI A/K/A RAFIA YERARDI, ) | Crim. No. 05-10003-NMG |

**GOVERNMENT'S MOTION TO SEAL INDICTMENT**

The government hereby requests that the Court seal the Indictment in this case.

The Indictment should be sealed because defendants PHILIP PUOPOLO, STEPHEN RUSSO A/K/A "MOON," MICHAEL PINIALIS A/K/A "MAX," and MARY ANN GIANELLI have not yet been arrested on the arrest warrants that are being sought in conjunction with the Indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
MICHAEL L. TABAK
Assistant U.S. Attorney

Date: September 13, 2006

*Motion GRANTED*
*9/13/06*

*[signature]*
*U.S.D.J.*