UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 05-10003-NMG |
| v. ) | |
| ) | |
| ARTHUR GIANELLI, ) | |
| JOSEPH YERARDI, JR., ) | |
| DENNIS ALBERTELLI A/K/A "FISH," ) | |
| PHILIP PUOPOLO, ) | DOCKETED |
| SALVATORE RAMASCI A/K/A "LEFTY," ) | |
| FRANK IACABONI, ) | |
| RANDY ALBERTELLI, ) | |
| STEPHEN RUSSO A/K/A "MOON," ) | |
| MICHAEL PINIALIS A/K/A "MAX," ) | |
| ENEYDA GONZALEZ RODRIGUEZ, ) | SEALED |
| MARY ANN GIANELLI, ) | |
| GISELE ALBERTELLI, and ) | |
| RAFIA FEGHI A/K/A RAFIA YERARDI, ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S MOTION TO UNSEAL SECOND SUPERSEDING INDICTMENT**

The government hereby requests that the Court unseal the Second Superseding Indictment in this case.

The Second Superseding Indictment includes charges against four (4) defendants who have not previously been charged in this case. Two of the new defendants have been arrested today, and we understand that another of the new defendants is surrendering today. (The fourth new defendant is believed to be outside the United States.) Accordingly, the Second Superseding Indictment should be unsealed.

223

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
MICHAEL L. TABAK
Assistant U.S. Attorney

Date: September 19, 2006