

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR No. 05-10003-NMG |
| DEFENDANT(s) | TYPE OF PROCESS |
| DENNIS ALBERTELLI, et al., | Order for Interlocutory Sale |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
**John D. Birchby, Esquire**

Address (Street or RFD / Apt. # / City, State, and Zip Code)
**Dieffenbach Witt & Birchby, West 100 Century Road, Paramus, NJ 07652**

Send NOTICE OF SERVICE copy to Requester:
KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.
Number Of Parties To Be Served In This Case.
Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Order for Interlocutory Sale upon the above-named individual by certified mail, return receipt requested.

LJT x3364

Signature of Attorney or other Originator requesting service on behalf of: [X] Plaintiff [ ] Defendant
Telephone No. (617) 748-3100
Date: June 6, 2006

SIGNATURE OF PERSON ACCEPTING PROCESS:
Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated
District of Origin No.
District to Serve No.
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER
Date 10/11/06

I hereby Certify and Return That [ ] PERSONALLY SERVED, [ ] I HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:
[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)
Date of Service: 6/26/06
Time of Service: 9:00 [X] AM [ ] PM

Signature, Title and Treasury Agency
____ ST IRS-CI

REMARKS: postcard received indicating receipt of certified mailing on 6/26/06.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY