**Department of the Treasury**
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 05-10003-NMG |
| DEFENDANT(s)<br>**DENNIS ALBERTELLI, et al.,** | TYPE OF PROCESS<br>Order for Interlocutory Sale |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>**City of Boston Assessing Department** |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>**One City Hall Plaza, Room 302, Boston, MA 02201** |

| | | |
|---|---|---|
| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
| | Number Of Parties To Be Served In This Case | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability Times )

Please serve the attached Order for Interlocutory Sale upon the above-named entity by certified mail, return receipt requested.

LJT x3364

| Signature of Attorney or other Originator requesting service on behalf of | [X] [Plaintiff]<br>[ ] [Defendant] | Telephone No.<br>(617) 748-3100 | Date<br>March 2, 2006 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | Date<br>6/1/06 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served if not shown above. | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above ) | Date of Service<br>6/26/06 | Time of Service [ ] AM [ ] PM<br>9:00 |
| | Signature, Title and Treasury Agency<br>SA  DCS-CT | |

REMARKS: post card received indicating receipt of certified mailing on 6/26/06

TD F 90-22.48 (6/96)