UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10003-NMG |
| | ) | |
| DENNIS ALBERTELLI, | ) | |
| A/K/A "FISH," et al., | ) | |
| Defendants. | ) | |

**ORDER VACATING INTERLOCUTORY SALE ORDER
AND PARTIALLY VACATING RESTRAINING ORDER**

**GORTON, D.J.,**

The United States of America having petitioned this Court to vacate the Interlocutory Sale Order and partially vacate the Restraining Order endorsed in this action, it is hereby

ORDERED, ADJUDGED and DECREED that:

1.    The Restraining Order (Docket No. 181) is hereby vacated only with respect to the real property, with all rights appertaining thereto, known as Unit 334-9, created by Master Deed dated June 30, 1980 and recorded with the Suffolk County Registry of Deeds, Book 9482, Page 186, and located at 334 Beacon Street, Unit 9, Boston, Massachusetts, title to which appears in a deed recorded at the Suffolk County Registry of Deeds, Book 22460, Page 248 (the "Beacon Street Property").

2.    The Interlocutory Sale Order (Docket No. 208) is hereby vacated.

3.    The Beacon Street Property is hereby released to Countrywide Home Loans, Inc. ("Countrywide") for foreclosure.

4.    Countrywide shall forward any proceeds of any sale of the Beacon Street Property, after payment of liens and expenses, to the United States Attorney's Office in the form of a certified, cashier's or treasurer's check, made payable to the U.S. Treasury, to be held in the U.S. Customs Suspense Account pending the conclusion of this criminal case.

5.    Defendants and their agents, servants, employees, attorneys, family members, or other persons in active concert or participation with them shall not obtain or retain any interest in the Beacon Street Property in connection with the foreclosure, through purchase, lease, assignment, or other means.


DONE AND ORDERED in Boston, Massachusetts, this 24th day of _____January_____, 2007.


_____
NATHANIEL M. GORTON
United States District Judge

2