UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      v.<br>ARTHUR GIANELLI,<br>JOSEPH YERARDI, JR.,<br>DENNIS ALBERTELLI A/K/A "FISH,"<br>SALVATORE RAMASCI A/K/A "LEFTY,"<br>RANDY ALBERTELLI,<br>GISELE ALBERTELLI,<br>RAFIA FEGHI A/K/A RAFIA YERARDI<br>TONY DANIELS A/K/A "SONNY,"<br>FRANK IACABONI,<br>DEEB HOMSI,<br>TODD WESTERMAN,<br>ENEYDA GONZALEZ RODRIGUEZ, AND<br>WESHTOD CONSULTANTS A/K/A<br>    WESHTOD CONSULTORES S.A.<br>           Defendants. | CRIMINAL NO. 05-10003-NMG<br><br>Record Owner:<br>Daniele Mazzei,<br>Trustee of the Beacon One<br>Real Estate Trust<br><br>Property:<br>334 Beacon Street, Unit 9<br>Boston, Massachusetts<br><br>Suffolk County<br>Registry of Deeds<br>Book 22460, Page 248 |

## RELEASE OF LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases its Lis Pendens against the real property located at 334 Beacon Street, Unit 9, Boston, Massachusetts (the "Property"). For title to the Property, see Quitclaim Deed recorded at Book 22460, Page 248 of the Suffolk County Registry of Deeds.

The Lis Pendens was recorded on May 5, 2005, at the Suffolk County Registry of Deeds at Book 37010, Page 49.

Signed under the pains and penalties of perjury this 22nd day of December, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Kristina E. Barclay
Kristina E. Barclay
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: December 22nd, 2006

**COMMONWEALTH OF MASSACHUSETTS**

Suffolk, ss.                                                              Boston

Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 22nd day of December, 2006.

/s/ Janine M. Duffy
Notary Public
My Commission expires: 10/9/09

JANINE M. DUFFY
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires Oct. 9, 2009

APPROVED AND SO ORDERED:

/s/ N.M. Gorton
Nathaniel M. Gorton
United States District Judge
Dated: Jan 24, 2007

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-10003-NMG |
| | ) |
| DENNIS ALBERTELLI, | ) |
| A/K/A "FISH," et al., | ) |
| Defendants. | ) |

**ORDER VACATING INTERLOCUTORY SALE ORDER
AND PARTIALLY VACATING RESTRAINING ORDER**

**GORTON, D.J.,**

The United States of America having petitioned this Court to vacate the Interlocutory Sale Order and partially vacate the Restraining Order endorsed in this action, it is hereby

ORDERED, ADJUDGED and DECREED that:

1. The Restraining Order (Docket No. 181) is hereby vacated *only* with respect to the real property, with all rights appertaining thereto, known as Unit 334-9, created by Master Deed dated June 30, 1980 and recorded with the Suffolk County Registry of Deeds, Book 9482, Page 186, and located at 334 Beacon Street, Unit 9, Boston, Massachusetts, title to which appears in a deed recorded at the Suffolk County Registry of Deeds, Book 22460, Page 248 (the "Beacon Street Property").

2. The Interlocutory Sale Order (Docket No. 208) is hereby vacated.

3. The Beacon Street Property is hereby released to Countrywide Home Loans, Inc. ("Countrywide") for foreclosure.

4.   Countrywide shall forward any proceeds of any sale of the Beacon Street Property, after payment of liens and expenses, to the United States Attorney's Office in the form of a certified, cashier's or treasurer's check, made payable to the U.S. Treasury, to be held in the U.S. Customs Suspense Account pending the conclusion of this criminal case.

5.   Defendants and their agents, servants, employees, attorneys, family members, or other persons in active concert or participation with them shall not obtain or retain any interest in the Beacon Street Property in connection with the foreclosure, through purchase, lease, assignment, or other means.

DONE AND ORDERED in Boston, Massachusetts, this 24th day of January, 2007.

_____
NATHANIEL M. GORTON
United States District Judge

2