**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|                                   |     |                        |
|-----------------------------------|-----|------------------------|
|                                   | )   |                        |
| UNITED STATES OF AMERICA          | )   |                        |
|                                   | )   |                        |
| v.                                | )   | **CRIMINAL ACTION**    |
|                                   | )   | **NO. 05-10003-NMG**   |
| ARTHUR GIANELLI, ET AL,           | )   |                        |
| Defendants,                       | )   |                        |
|                                   | )   |                        |

**ORDER OF EXCLUDABLE TIME**
**March 20, 2007**

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (h)(8)(A), as interpreted by

the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237

(1st Cir. 1982)), that the period from March 15, 2007 (date of the expiration of the prior order of

excludable time) through and including May 23, 2007 (the date of the final status

conference/hearing on discovery motions) shall be excluded from the Speedy Trial Act.

                                             /s/Timothy S. Hillman
                                             TIMOTHY S. HILLMAN
                                             MAGISTRATE JUDGE