UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| UNITED STATES, | ) </br> ) </br> ) </br> ) |
| v. | )    Crim. No. 05-100003-NMG </br> ) |
| ARTHUR GIANELLI, et al. </br>              Defendants. | ) </br> ) </br> ) |

**NOTICE OF APPEARANCE**
**FOR THIRD PARTY/INTERESTED PERSON YOUSEF BINA**

    The undersigned counsel will appear and argue on behalf of the third party/interested person Yousef Bina.

/s/ Edward A. Gottlieb
_____
Edward A. Gottlieb, BBO No. 204900
Giles L. Krill, BBO No. 647528
Law Offices of Edward A. Gottlieb
309 Washington Street
Brighton, MA 02135
(617) 789-5678


/s/ Roger Witkin
_____
Roger Witkin, BBO No. 531780
6 Beacon Street; Suite 1010
Boston, MA 02108
(617) 523-0027

Dated: April 18, 2007

F:\clients\LEGAL\10730000\032107-3rdPartyMot.doc

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this foregoing document was filed electronically. Notices of this filing will be sent to the parties by e-mail to all participants in the Court's CM/ECF system on <u>April 18, 2007</u> and by first class mail to all others, if any, on <u>April 18, 2007</u>.


Dated: April 18, 2007                                          /s/ Edward A. Gottlieb
                                                                              _____
                                                                              Edward A. Gottlieb