UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
_____

NO. 05-10003-NMG
_____

UNITED STATES

v.

DENNIS ALBERTELLI
Defendant
_____

**MOTION TO JOIN CO-DEFENDANT'S MOTION FOR DISCOVERY**

Dennis Albertelli, defendant in the above-captioned matter, moves for leave to join the Motion for Discovery and Motion for Release of Brady Materials, filed by the co-defendant Philip Puopolo on May 25, 2007.

> Respectfully submitted
> The defendant Dennis Albertelli
> By his attorney
>
> /s/ Charles W. Rankin
> _____
> Charles W. Rankin, BBO No. 411780
> Rankin & Sultan
> 151 Merrimac St.
> Boston, MA 02114
> 617-720-0011

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on June 9, 2007.

> /s/ Charles W. Rankin
> _____
> Charles W. Rankin