UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL ACTION |
| | ) NO. 05-10003-NMG |
| ARTHUR GIANELLI, ET AL, | ) |
| Defendants, | ) |

**ORDER OF EXCLUDABLE TIME**
August 9, 2007

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (h)(8)(A), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 8, 2007 (date of the expiration of the prior order of excludable time) through and including January 17, 2008 (the date within which the Government must respond to any dispositive motions) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE