UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————

NO. 05–10003-NMG

———————

UNITED STATES

v.

DENNIS ALBERTELLI,
Defendant

———————

**COUNSEL'S MOTION TO WITHDRAW**

Pursuant to Local Rule 83.5.2(c) of the Local Rules of the United States District Court for the District of Massachusetts, Charles W. Rankin, counsel to Dennis Albertelli, moves the Court for leave to withdraw. In support of this motion, counsel states that the defendant has not paid counsel in months, that the balance owed counsel is large and growing, and that it is apparent that the defendant is unable to pay for counsel's continued representation. It would be a severe financial burden on counsel and his small law firm for counsel to continue representing the defendant in these circumstances.

        Respectfully submitted

        /s/ Charles W. Rankin

        ————————————
        Charles W. Rankin, BBO 411780
        Rankin & Sultan
        151Merrimack St.
        Boston, MA 02114
        (617) 720-0011

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent automatically to all registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 25, 2008.

                                  /s/ Charles W. Rankin
                                  _____
                                  Charles W. Rankin