UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                GOVERNMENT   )<br>                                                   )<br>VS.                                                )           CRIMINAL DOCKET NO.:<br>                                                   )           1:05 CR 10003 NMG<br>ARTHUR GIANELLI, et al           )<br>                DEFENDANTS       )| |

## NOTICE OF APPEARANCE

    **NOW COMES,** Attorney Edward F. Pasquina pursuant to United States Federal Court Local Rule 83.5.2 and Rule 5.1 (a)(1) of Federal Rule of Criminal Procedure and respectfully moves this Honorable Court to allow his appearance to be entered in all matters before the Court for:

### DENNIS ALBERTELLI

and for an order that the Docket reflects such approval.

                                                                        Respectfully Submitted,
                                                                        By Defendant's Attorney,


                                                                        /S/Edward F. Pasquina
                                                                        EDWARD F. PASQUTNA
                                                                        75 Middle Street
Dated: December 11, 2008                            Gloucester, MA  01930
                                                                        (978) 281-4848
                                                                        BBO# 390700