UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 05-10003-NMG

UNITED STATES OF AMERICA

VS.

DENNIS ALBERTELLI,

## COUNSEL'S MOTION TO WITHDRAW

**NOW COMES,** Edward F. Pasquina, Counsel for Dennis Albertelli, pursuant to Rule 83.5 2 (c) of the Local Rules of the United States District Court of the District of Massachusetts and respectfully moves this Honorable Court for leave to withdraw.

**FOR REASON THEREOF:** There has been an irretrievable breakdown in communication between counsel and client as evinced by the Defendant's previous correspondence to the Court, which defense counsel disputes, and other dealings between counsel and the Defendant subsequent to that letter. These events have created a conflict of interest between the Defendant and counsel which may or actually taint the remaining proceedings scheduled before this Honorable Court.

**ADDITIONALLY:** Defendant has not paid the outstanding balance of his legal fee. It now has become apparent that the Defendant is unable to finance his continued legal representation. It would be of great financial burden to a solo practitioner to continue representing the Defendant and adhere to his demands.

**THEREFORE:** for the above-stated reasons and in the interest of justice, counsel requests that he be allowed to withdraw from this matter forthwith.

                                                  Respectfully submitted
                                                  By Defendant's Attorney,

                                                  /s/ Edward F. Pasquina
Dated: August 7, 2009                    EDWARD F. PASQUINA
                                                  75 Middle Street
                                                  Gloucester, MA  01930
                                                  (978) 281-4848
                                                  BBO# 390700

**CERTIFICATE OF SERVICE**

      I, Edward F. Pasquina, Esq. do hereby certify that I served a copy of Counsel's Motion to Withdraw upon Dennis Albertelli by mailing a copy postage prepaid vis-à-vis certified mail return receipt to Dennis Albertelli, Inmate No. 2014700 J-2, Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863 this date.

      Respectfully submitted
By Defendant's Attorney,

Dated:  August 7, 2009

/s/ Edward F. Pasquina
EDWARD F. PASQUINA
75 Middle Street
Gloucester, MA  01930
(978) 281-4848
BBO# 390700